UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANNY JOE BARBER, III,

                            Plaintiff,

    v.

PAUL THIMMONS ,

                            Defendant.

CASE NO.  3:24-cv-05644-JLR-BAT

**ORDER OF DISMISSAL**

    Having reviewed, *de novo*, the Report and Recommendation of the assigned United States Magistrate Judge, any objections, responses, and the record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The case is dismissed with prejudice.

    (3)    The Clerk shall provide Plaintiff with a copy of this Order.

    Dated this __30th__ day of __September__, 2024.

_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1